IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT -3 2012
J T NOBLIN CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:12cr116 CWR-FKB

DON DEWAYNE WILLIAMS,
CURTIS ANTHONY SHELL,
GEORGE GUSTON, III, a/k/a George Guston,
LEROY MCDOWELL,
WALTER EARL BELL, a/k/a Walter E. Bell,
a/k/a Ricky Bell,
NUMAINE CASTON,
TEDDY LEROY WILLIAMS,
ROBERT LAMONT MOORE,
RICHARD CHARLES WHEAT,
JAMES JEREMY BANKS,
LEE MORRIS WADE,
JEFFERY JEROME WESLEY, a/k/a Ike, and
MARIO ANTWOINE PALMER

21 U.S.C. § 841(a)(1)
21 U.S.C. § 843(b)
21 U.S.C. § 846

**The Grand Jury charges:**

COUNT 1

Beginning at a date unknown to the grand jury, but at least as early as April 2010, and continuing to the date of this indictment, in Hinds County, in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendants, **CURTIS ANTHONY SHELL, GEORGE GUSTON, III, a/k/a George Guston, LEROY MCDOWELL, WALTER EARL BELL, a/k/a Walter E. Bell, a/k/a Ricky Bell, NUMAINE CASTON, TEDDY LEROY WILLIAMS, ROBERT LAMONT MOORE, RICHARD CHARLES WHEAT, JAMES JEREMY BANKS, LEE MORRIS WADE, JEFFERY JEROME WESLEY, a/k/a Ike, and MARIO ANTWOINE PALMER,** knowingly and willfully did conspire with each other and others known and unknown to the grand jury, to knowingly and intentionally possess with the intent to distribute 280 grams or more

of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, and Section 2, Title 18, United States Code.

COUNT 2

Beginning at a date unknown to the grand jury, but at least as early as January 2011, and continuing to the date of this indictment, in Hinds County, in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendants, **DON DEWAYNE WILLIAMS, CURTIS ANTHONY SHELL, GEORGE GUSTON, III, a/k/a George Guston, ROBERT LAMONT MOORE, and WALTER EARL BELL, a/k/a Walter E. Bell, a/k/a Ricky Bell**, knowingly and willfully did conspire with each other and others known and unknown to the grand jury, to knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, and Section 2, Title 18, United States Code.

COUNT 3

On or about April 5, 2010, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendant, **GEORGE GUSTON, III, a/k/a George Guston**, did knowingly and intentionally distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

COUNT 4

On or about April 15, 2010, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendant, **GEORGE GUSTON, III, a/k/a George Guston**, did knowingly and

intentionally distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

## COUNT 5

On or about May 13, 2010, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendant, **GEORGE GUSTON, III, a/k/a George Guston**, did knowingly and intentionally distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

## COUNT 6

That on or about January 20, 2011, in Warren County in the Western Division of the Southern District of Mississippi, and elsewhere, the defendant, **TEDDY LEROY WILLIAMS**, did knowingly and intentionally use a communications facility, to wit, a telephone, in causing or facilitating the commission of an act constituting a felony under the Controlled Substances Act, to wit, attempted possession with intent to distribute a controlled substance, in violation of Sections 841(a)(1) and 846, Title 21, United States Code.

All in violation of Section 843(b), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 7

That on or about January 25, 2011, in Warren County in the Western Division of the Southern District of Mississippi, and elsewhere, the defendant, **TEDDY LEROY WILLIAMS**, did knowingly and intentionally use a communications facility, to wit, a telephone, in causing or

facilitating the commission of an act constituting a felony under the Controlled Substances Act, to wit, attempted possession with intent to distribute a controlled substance, in violation of Sections 841(a)(1) and 846, Title 21, United States Code.

All in violation of Section 843(b), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 8

On or about February 10, 2011, in Yazoo County, in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendants, **CURTIS ANTHONY SHELL and WALTER EARL BELL, a/k/a Walter E. Bell, a/k/a Ricky Bell,** aiding and abetting each other, did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 9

That on or about February 13, 2011, in Warren County in the Western Division of the Southern District of Mississippi, and elsewhere, the defendant, **TEDDY LEROY WILLIAMS**, did knowingly and intentionally use a communications facility, to wit, a telephone, in causing or facilitating the commission of an act constituting a felony under the Controlled Substances Act, to wit, attempted possession with intent to distribute a controlled substance, in violation of Sections 841(a)(1) and 846, Title 21, United States Code.

All in violation of Section 843(b), Title 21, United States Code, and Section 2, Title 18, United States Code

COUNT 10

On or about March 24, 2011, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendant, **GEORGE GUSTON, III, a/k/a George Guston**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

COUNT 11

On or about March 24, 2011, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendants, **CURTIS ANTHONY SHELL and LEROY MCDOWELL**, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 12

On or about March 24, 2011, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendants, **RICHARD CHARLES WHEAT, CURTIS ANTHONY SHELL and LEROY MCDOWELL**, aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

COUNT 13

On or about August 22, 2011, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendant, **JEFFERY JEROME WESLEY, a/k/a Ike**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

COUNT 14

On or about August 26, 2011, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendant, **JEFFERY JEROME WESLEY, a/k/a Ike**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

COUNT 15

On or about September 7, 2011, in Hinds County, in the Jackson Division of the Southern District of Mississippi, the defendant, **JEFFERY JEROME WESLEY, a/k/a Ike**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all

property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described herein or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 3rd day of October, 2012.

United States Magistrate Judge