PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:12cr116 CWR-FKB

RICHARD CHARLES WHEAT
(Wherever Found)

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 3rd day of October, 2012.

This the 3rd day October, 2012.

GREGORY K. DAVIS
United States Attorney

By: /s/ Darren J. LaMarca
DARREN J. LAMARCA
Assistant U. S. Attorney
MS Bar #1782

Warrant issued: _____